IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

FILED

JAN 04 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| JULIUS MAURICE VAUGHN | ) | Case No. 1:23-cv-02338-DAR |
| Plaintiff, Pro se | ) | Judge David A. Ruiz |
| Vs. | ) | |
| JACK CLEVELAND CASINO LLC | ) | |
| Defendant | ) | Plaintiff Motion to Amend complaint |

    Now, comes the Plaintiff Julius Maurice Vaughn to ask respectfully that my case against the Defendant Jack Cleveland Casino LLC be allowed to go forward. The Civil Rights Act of 1964 was built on cases like the one I present before this court. A black male shopping at a public place is accused of shoplift with another black shopper. The only connection between the two shoppers is that they both are black.

    The Plaintiff is detained by police command. Then the plaintiff is threat to be jailed by the Jack Cleveland Casino LLC Management for trespassing if the Plaintiff did not hurry off the Jack Casino Cleveland Property. Blacks, especially black males see this type of treatment in our lives. The Cleveland police and the Jack Cleveland Casino LLC was told that the Plaintiff is a disable Veteran, but the Cleveland police and the Jack Cleveland Casino LLC continued with the threats of jailing the Plaintiff if the plaintiff did not move at the pace that the Cleveland Police and the Jack Cleveland Casino want for the plaintiff to leave.

    The Plaintiff respectfully as for a jury demand in the amount 2,000,000.00, that all court cost be paid by the Defendant Jack Cleveland Casino LLC and an apology.

Julius Maurice Vaughn

10527 Orville Avenue

Cleveland, Ohio 44106

(770)310-9114

jukeboxvaughn@yahoo.com

A copy of this complaint was sent to Jack Cleveland Casino LLC the Defendant by mail.