# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JULIUS MAURICE VAUGHN, | CASE NO. 1:23-cv-02338 |
| Plaintiff, | JUDGE DAVID A. RUIZ |
| v. | |
| JACK CLEVELAND CASINO, LLC, | **JUDGMENT ENTRY** |
| Defendant. | |

In accordance with the Court's accompanying Memorandum Opinion and Order granting Defendant's Motion to Dismiss, judgment is entered in Defendant's favor and all of Plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED.

/s/ *David A. Ruiz*
David A. Ruiz
United States District Judge

Date: February 13, 2025

1